# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS,

    Plaintiff,

v.

GUN VAULT, INC., *et al.*,

    Defendants.

Case No. 2:12-CV-00694-KJD-GWF

**ORDER**

On July 27, 2012, the Court granted (#15) the parties' Stipulation (#14) to stay pending deadlines in the action for thirty (30) days pending settlement. However, since the expiration of the stay, no action of record has been taken by either party. Defendants' separate motion to stay (#7) is denied. Therefore, the Court orders the parties to file a joint status report, stipulation to dismiss the action, or notice of voluntary dismissal no later than October 2, 2012. Failure to respond to the order of the Court may lead to sanctions such as dismissal or entry of default judgment.

**IT IS SO ORDERED.**

DATED this 17th day of September 2012.

_____
Kent J. Dawson
United States District Judge