# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., | |
| Plaintiff, | Case No. 2:12-cv-00694-KJD-GWF |
| vs. | **ORDER** |
| THE GUN VAULT, INC. and KELLY D. CARN, | Request for Production of Documents (#26); Request for Admissions (#27) |
| Defendants. | |

These matters come before the Court on Plaintiff George Karalis' ("Plaintiff") Second Request for Production of Documents (#26) and Second Request for Admissions (#27), both filed on December 12, 2012. Neither Federal Rule of Civil Procedure 34, which governs requests for production of documents, nor Rule 36, which governs requests for admissions, requires Plaintiff to file the requests with the Court. Rather, it is appropriate for Plaintiff to serve his requests on the "other party." *See* Fed. R. Civ. P. 34(a), 36(a)(1). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Request for Production of Documents (#26) be **stricken.**

**IT IS FURTHER ORDERED** that Plaintiff's Second Request for Admissions (#27) be **stricken.**

DATED this 18th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge