UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00694-APG-GWF |
| vs. | ) | **ORDER** |
| THE GUN VAULT, INC. and KELLY D. CARN, | ) | |
| Defendants. | ) | |

This matter comes before the Court on Shumway Van & Hansen's ("Counsel") Motion to Withdraw as Counsel for Defendants (#68), filed on February 12, 2014. Counsel represents that Defendants have failed to fulfill their financial obligations to Counsel. The Court finds Counsel establishes good cause to withdraw. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Shumway Van & Hansen's Motion to Withdraw (#68) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known addresses of Defendants to the civil docket in this case:

Kelly D. Carn
7739 Radcliff Street
Las Vegas, NV 89123

The Gun Vault, Inc.
1631 E. Sunset Road, Ste. C-109
Las Vegas, NV 89119

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deliver a copy of this Order to Defendants at the above-listed addresses.

**IT IS FURTHER ORDERED** that Defendant Gun Vault, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Gun Vault shall have until **March 18, 2014** to retain new counsel in this matter.

DATED this 4th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge