UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS, M.D., )
                   Plaintiff, )    Case No.  2:12-cv-00694-APG-GWF
vs. )    **ORDER**
THE GUN VAULT, INC. and KELLY D. CARN, )
                   Defendants. )

This matter is before the Court on the Stipulation and Order to Extend Discovery Schedule (#93) filed September 10, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Stipulation and Order to Extend Discovery Schedule (#93) is **granted** in part and **denied** in part.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **March 16, 2015**
2. Last date to amend pleadings and add parties: **November 11, 2014**
3. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 16, 2015**
4. Last date to disclose rebuttal experts: **April 20, 2015**
5. Last date to file dispositive motions: **April 13, 2015**
6. Last date to file joint pretrial order: **June 19, 2015**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 12th day of September 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge