UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., <br><br> Plaintiff, <br><br> v. <br><br> GUN VAULT, INC. and KELLY D. CARN, <br><br> Defendants. | Case No. 2:12-cv-694-APG-GWF <br><br> ORDER DENYING TEMPORARY RESTRAINING ORDER <br><br> (Dkt. #107) |

Plaintiff allegedly paid the defendants for the purchase of firearms, but the defendants did not deliver them. The defendants have apparently closed their gun store, and filed for bankruptcy. The ATF allegedly is holding some of the guns plaintiff purchased, in connection with a criminal investigation. Plaintiff believes the ATF may return the firearms and other property to the defendants at some point. Plaintiff has filed a Motion for Temporary Restraining Order (Dkt. #107) and a Motion for Preliminary Injunction (Dkt. #108) seeking to prevent the defendants from taking control of those firearms and property if they are released by the ATF.

A Temporary Restraining Order is not warranted at this time. Plaintiff has not made a sufficient showing of a likelihood of irreparable harm and immediate injury in the absence of a Temporary Restraining Order. Plaintiff contends that he will be irreparably harmed because defendants are insolvent. But plaintiff does not sufficiently demonstrate in his moving papers why any alleged injury cannot be cured by the payment of monetary damages. Thus, at this time there is an insufficient showing of irreparable harm.

More importantly, Plaintiff does not indicate whether or how the insolvency is changing or will imminently change. Plaintiff does not indicate when the ATF is likely to transfer the firearms to the defendants. Given that there is no demonstrated emergency or need for immediate equitable relief, plaintiff's request for a Temporary Restraining Order is denied.

Plaintiff's Motion for a Preliminary Injunction (Dkt. #108) is referred to Magistrate Judge Foley for a Report and Recommendation. The briefing on that motion shall proceed in the normal course, unless altered by Magistrate Judge Foley.

Dated: November 14, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE