1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS, M.D.,       )
                                      )
               Plaintiff,       )        Case No.  2:12-cv-00694-APG-GWF
                                      )
vs.                                   )        **ORDER**
                                      )
THE GUN VAULT, INC. and KELLY D. CARN,)
                                      )
               Defendants.      )
_____  )

       This matter is before the Court on Plaintiff George Karalis' Protective Motion Opposing Withdrawal by Defendant Counsel (Van) (#113), filed on December 3, 2014.  This matter is also before the Court on Plaintiff George Karalis' Second Protective Motion Opposing Withdrawal by Defendant Counsel (Van) (#116), filed on December 8, 2014.

       As of March 18, 2014, Michael Van is the Defendant's counsel of record.  (#73).  No motion to withdraw has been filed by Mr. Van that would invoke this potential protective order. Mr. Van confirmed in this Court on December 18, 2014, that he remains the counsel of record for the Defendants.  Because Mr. Van is not withdrawing from this case, the Plaintiff's motions are moot.  Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Protective Motion Opposing Withdrawal by Defendant Counsel (Van) (#113) and Plaintiff's Second Protective Motion Opposing Withdrawal by Defendant Counsel (Van) (#116) are **denied**.

       DATED this 19th day of December, 2014.

                             _____
                             GEORGE FOLEY, JR.
                             United States Magistrate Judge