**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., ) | |
| Plaintiff, ) | Case No.  2:12-cv-00694-APG-GWF |
| vs. ) | **ORDER** |
| THE GUN VAULT, INC. and KELLY D. CARN, ) | |
| Defendants. ) | |

This matter is before the Court on Las Vegas Metropolitan Police Department's Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#122), filed on December 22, 2014.

The LVMPD is not a party to this action, and requests to be removed from the CM/ECF Service List.  The LVMPD was an interested party regarding the Motion for Return of Property Under Federal Rule of Criminal Procedure 41(G).  The Motion was denied by the Court on November 24, 2014 (#112), and the LVMPD has no further interest in the case.  It is therefore no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.  Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the Las Vegas Metropolitan Police Department's Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#122) is **granted**.  The Clerk of the Court shall remove the LVMPD's counsel Nick D. Crosby and Jamie A. Frost of Marquis Aurbach Coffing from the CM/ECF service list in this case.

DATED this 5th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge