## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., | )<br>) |
| Plaintiff, | ) Case No. 2:12-cv-00694-APG-GWF<br>) |
| vs. | ) **MINUTE ORDER**<br>) |
| THE GUN VAULT, INC. and KELLY D. CARN, | )<br>) |
| Defendants. | )<br>) Dated:  May 11, 2015 |

THE HONORABLE   George Foley, Jr.   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT:  Julia Wright          RECORDER:            None

COUNSEL FOR PLAINTIFF(S)    :          None Appearing

COUNSEL FOR DEFENDANT(S)  :          None Appearing

RE :   Motion for Temporary Restraining Order and Preliminary Injunction (#108)

    Based on Plaintiff's Request to Dismiss Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#139),

    **IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#108) is vacated, without prejudice.

                                                             _____
                                                             GEORGE FOLEY, JR.
                                                             United States Magistrate Judge