George D. Karalis, M.D.
235 El Camino Del Mar
San Francisco, CA 94121-1114
(415) 668-6634
Plaintiff in Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS, M.D.,

Plaintiff,

                                    Case No. 2:12-cv-00694-KJD-GWF

vs.

                                  **PLAINTIFF'S NOTICE OF**
                                  **PL'S STRIKING NOE LARIOS**
                                  **FROM PL'S TRIAL WITNESS LIST**

THE GUN VAULT, INC. and KELLY D. CARN,

Defendants
_____/

**COMES NOW THE PLAINTIFF AND INFORMS THE COURT AND ALL INTERESTED PARTIES** that the Plaintiff will not call Detective Noe Larios at trial in any capacity whatsoever,

Plaintiff urges that the Court halt any deposition or discovery efforts by Defendants relative to Noe Larios, because: (1) Mr. Larios will not be testifying in person or by sworn affidavit/declaration at trial, and (2) Plaintiff is eager to get this matter set for trial at the earliest possible date, and opposes protracted (and now irrelevant) deposition efforts by defendants which would delay a trial date.

Respectfully submitted,

*[signature]*  6-5-2015

GEORGE DEMETRIUS KARALIS
Pro Se

///


///

## CERTIFICATE OF SERVICE BY MAIL

I, Florence NG reside at 233 el camino del mar, San Francisco, CA 94121-1114.

I am over the age of 21 years, and not a party to the within action. On June 5, 201 5, I served by mail true copies of Plaintiff's

PLAINTIFF'S NOTICE OF PL'S STRIKING NOE LARIOS FROM PL'S TRIAL WITNESS LIST

in the matter of *George Demetrius Karalis, M.D. v. The Gun Vault, Inc. and Kelly D. Carn* (U.S. District Court Nevada # 2:12--cv--00694-KJD-GWF), by depositing into a mailing receptacle maintained by the United States Postal Service for receipt of such mailables, a sealed envelope, first-class postage thereon fully prepaid, addressed as follows:

Shumway Van & Hansen
8985 South Eastern Avenue Suite # 100
Las Vegas, NV 89123

Las Vegas Metropolitan Police Department
Detective Noe Larios P#7166
Communications Bureau
400 S. Martin Luther King Blvd
Las Vegas, Nevada 89106

Nick D. Crosby
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145

Las Vegas Metropolitan Police Department
Office of General Counsel
Attn: Charlotte Bible, Assistant General Counsel
400 S. Martin Luther King Blvd
Las Vegas, Nevada 89106

Daniel G. Bogden
Andrew W. Duncan
U.S. District Attorney's Office, District of Nevada
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

Steven B. Wolfson
Shanon Clowers
Clark County District Attorney
Criminal Division
200 Lewis Avenue
Las Vegas, Nevada 89101

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, State of CALIFORNIA, on June 5, 2015.

_____
Declarant

**George D. Karalis M.D.**
235 El Camino Del Mar
San Francisco, CA 94121-1114
(415) 668-6634

CLERK
U.S. DISTRICT COURT
333 LAS VEGAS BLVD. South
Las Vegas, NV
(89101)

8910170S934



SAN FRANCISCO CA 940
05 JUN 2015 PM 3 L