# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., | |
| Plaintiff, | Case No. 2:12-cv-00694-APG-GWF |
| vs. | **ORDER** |
| THE GUN VAULT, INC. and KELLY D. CARN, | |
| Defendants. | |

This matter is before the Court on the Stipulation and Order to Continue Briefing Schedule (#166) filed December 4, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Briefing Schedule (#166) is **granted**, and the Joint Pretrial Order is due on or before January 15, 2016.

DATED this 7th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge