UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>GUN VAULT, INC. and KELLY D. CARN,<br><br>Defendants. | Case No. 2:12-cv-694-APG-GWF<br><br>**ORDER REJECTING JOINT PRETRIAL ORDER**<br><br>(Dkt. #175) |

The parties' Joint Pretrial Order (Dkt. #175) does not comply with Local Rule 16-4. For example, sections VII and VIII do not specify the exhibits that plaintiff will offer into evidence, the exhibits that the parties stipulate to admit into evidence, the objections (and grounds therefor) to any proposed exhibits, the depositions that will be offered by each party, and the objections (if any) to those depositions. Defendants do not list the addresses of the expected witnesses. Nor is the document signed by anyone.

Local Rule 16-3 requires the parties to personally discuss these and other issues. The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline the trial and trial preparation, and to foster settlement. It is apparent from the proposed Joint Pretrial Order that the parties either ignored Local Rule 16-3, or did not properly conduct the required conference in the spirit of the rule. Accordingly,

IT IS ORDERED that the parties' Joint Pretrial Order (**Dkt. #175) is REJECTED.** The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 within 21 days of entry of this Order.

Dated: March 17, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE