UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS, M.D., )
               Plaintiff, )    Case No.  2:12-cv-00694-APG-GWF
vs. )    **ORDER**
THE GUN VAULT, INC. and KELLY D. CARN, )
               Defendants. )

      This matter is before the Court on the Stipulation and Order to Continue Briefing Schedule (#180) filed April 26, 2016.  The Court conducted a status hearing on May 9, 2016.  After considering the papers submitted by the parties, as well as oral argument by counsel,

      **IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Briefing Schedule (#180) is granted.  The parties have until no later than June 9, 2016 in which to file joint pretrial order.  The deadline for filing dispositive motions in this case has expired.  If either party desires to file a dispositive motion, they will be required to seek leave from the Court to do so, which the other party, if they so wish, may oppose.

      DATED this 9th day of May, 2016.

                                      _____
                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge