# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., | |
| Plaintiff, | Case No. 2:12-cv-00694-APG-GWF |
| vs. | **ORDER** |
| THE GUN VAULT, INC. and KELLY D. CARN, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Emergency Motion for Issuance of Subpoena (ECF No. 195), filed on September 1, 2017.

Plaintiff represents that the Clerk's Office refused to issue seven subpoenas at Plaintiff's request because Plaintiff did not first obtain the Court's consent. Plaintiff argues that he is not required to obtain a court order prior to the issuance of the subpoenas because this is a civil case and Rule 17 of the Federal Rule of Criminal Procedure does not apply. The Court agrees. Plaintiff, who is appearing *pro se*, is not proceeding in this case *in forma paupers* and, therefore, does not need to obtain the Court's approval to obtain subpoenas. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Issuance of Subpoena (ECF No. 195) is **denied** without prejudice. Plaintiff should again request the issuance of his seven subpoenas from the Clerk's Office and may provide a copy of this Order.

DATED this 5th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge