SHUMWAY VAN
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
KARL A. SHELTON, ESQ.
Nevada Bar No. 12868
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
karl@shumwayvan.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> THE GUN VAULT, INC. AND KELLY D. CARN, <br><br> Defendants. | Case No.: 2:12-cv-00694-APG-GWF <br><br> ORDER on <br><br> STIPULATION FOR <br><br> DISMISSAL WITH PREJUDICE |

COMES NOW Defendants, THE GUN VAULT, INC. and KELLY D. CARN, by and through their attorney of record, the law offices of Shumway Van, and the Plaintiff GEORGE KARALIS and do hereby submit this stipulation for Dismissal with Prejudice.

WHEREAS, on or about October 9, 2017, the parties in the above action entered into a SETTLEMENT AGREEMENT AND MUTUAL RELEASE;

WHEREAS, a provision in the Agreement calls for Confidentiality and therefore the parties will not be including a copy of the Agreement as an attachment hereto

///

///

///

NOW THERFORE AND AS A RESULT OF THE ABOVE the parties hereto do hereby stipulate and agree that the above matter be Dismissed WITH PREJUDICE.

Dated this 14 day of November, 2017

SHUMWAY VAN
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
KARL A. SHELTON, ESQ
Nevada Bar No. 12868
8985 South Eastern Ave., Suite 100
Las Vegas, Nevada 89123

Counsel for the Defendants

Dated this 14 day of November, 2017

GEORGE KARALIS
235 El Camino Del Mar
San Francisco, California 94121-1114
Telephone 415-668-6634

Defendant in *Proper Person*

IT IS SO ORDERED

The Honorable Andrew Gordon
UNITED STATES DISTRICT JUDGE
Dated: November 28, 2017.